UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES ARMSTRONG, ET AL.** | CIVIL ACTION |
| **VERSUS** | NO. 23-1093 |
| **ANEKA ARMSTRONG, ET AL.** | SECTION: "P" (3) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Eva J. Dossier.[1] The Report recommends that the Motion to Enforce Settlement (R. Doc. 35) filed by Plaintiffs and Counterclaim-Defendants, Charles Armstrong, Peewee Crab Cakes On The Go, L.L.C., Peewee Crab Cakes on the Go 2, L.L.C., Peewees Crabcakes 4, L.L.C., Peewees Crab Cakes L.L.C., and Peewees Crabcakes on the Go of Texas, L.L.P. (collectively, "Plaintiffs"), be denied because the putative agreement does not satisfy the signature requirement.

Plaintiffs timely filed written objections to the Magistrate Judge's recommendation, arguing that the email exchanges between counsel formed a valid compromise under Louisiana law.[2] Defendants and Counterclaimants, Aneka Armstrong and House of Meow Boutique, LLC (collectively, "Defendants") filed a response to Plaintiffs' objections, arguing the Magistrate Judge's recommendation should be affirmed.[3]

The Court has conducted a *de novo* review of the motion to enforce settlement, the responses, the report and recommendation, the objections to the report and recommendation, the corresponding responses to the objections, and the applicable law.[4] After a thorough review, the

---

[1] R. Doc. 51.
[2] R. Doc. 52.
[3] R. Doc. 53.
[4] See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3) (requiring a district judge to determine *de novo* any part of the magistrate judge's disposition that has been properly objected to).

Court concludes the Magistrate Judge's recommendation should be adopted because the email exchanges between counsel did not form a valid contract under Louisiana law for the reasons cited by the Magistrate Judge.  Accordingly,

    **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (R. Doc. 51) is **ADOPTED**.

    **IT IS FURTHER ORDERED** that Plaintiffs' objections (R. Doc. 52) are **OVERRULED**.

    **IT IS FURTHER ORDERED** that Plaintiffs' Motion to Enforce Settlement (R. Doc. 35) is **DENIED** in accordance with the Report and Recommendation.

    New Orleans, Louisiana, this 14th day of April 2025.

                              **DARREL JAMES PAPILLION**
                              **UNITED STATES DISTRICT JUDGE**